THOMAS M. O'CONNOR (TO 5247)
BRODY, O'CONNOR & O'CONNOR, ESQS.
Attorneys for Defendant
7 Bayview Avenue
Northport, New York 11768
(631) 261-7778

WM 20-501 TO
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NICOLE MCKINLAY,                                          Docket No.:

       Plaintiff,

  -against-                                     **NOTICE OF REMOVAL**

WAL-MART STORES EAST, LP.

       Defendants.
-----------------------------------------------------------------X

**TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK:**

  Defendant, WAL-MART STORES EAST, LP, for the removal of this action from the Supreme Court of the State of New York, County of WESTCHESTER to the United States District Court for the Southern District of New York, respectfully shows this Honorable Court:

  FIRST: Defendant, WAL-MART STORES EAST, LP, is a defendant in a Civil action brought against it in the Supreme Court of the State of New York, County of WESTCHESTER, entitled:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
------------------------------------------------------------------X
NICOLE MCKINLAY,

                              Plaintiff,

      -against-

WAL-MART STORES EAST, LP.

                              Defendants.
------------------------------------------------------------------X

Index No.: 64047/2020

Copies of the Summons, the Complaint, and WAL-MART STORES EAST, LP's Answer are annexed hereto as Exhibit A.

        SECOND: That this action seeks recovery for damages sustained as a result of personal injuries allegedly suffered by the plaintiff while on the defendant's premises.

        THIRD: The grounds for removal are that this Court has original jurisdiction pursuant to 28 § 1332(a)(1). The amount in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, and is between citizens of different States. Annexed hereto as Exhibit "B" is Plaintiff'S Response to Defendant's Combined Demands received by this defendant on February 25, 2021. The plaintiff seeks damages in excess of $75,000 (See Exhibit B, Paragraph 16).

        FOURTH: The defendant, WAL-MART STORES EAST, LP, is a Delaware limited partnership with its corporate headquarters and principal place of business in Arkansas. WSE Investment, LLC, is the limited partner of WAL-MART STORES EAST, LP, and WSE Management, LLC is the General Partner. Both are Delaware companies with their principal places of business in Arkansas. The sole member of both limited liability companies is Wal-Mart Stores East, Inc. Wal-Mart Stores East, Inc. is a citizen of Arkansas. It is incorporated in Arkansas and its principal place

of business is in Arkansas. Thus, for diversity purposes, the defendant is a citizen of Arkansas. See Carden v. Arkoma Assocs., 494 U.S. 185, 195-96, 110 S.Ct. 1015, 108 L.Ed.2d 157 (1990) (stating that, for purposes of diversity jurisdiction, limited partnerships have the citizenship of each of its general and limited partners); Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir.1998) (stating that, for purposes of diversity jurisdiction, a limited liability company has the citizenship of its members).

FIFTH: That upon information and belief Plaintiff is a citizen of the State of New York, County of WESTCHESTER.

SIXTH: In that this action is between citizens of different states and seeks damages in excess of $75,000.00, than pursuant to 28 U.S.C.A. § 1332 and 28 U.S.C.A. § 1441 and § 1446 the case should be removed from the Supreme Court of the State of New York, County of WESTCHESTER to the United States District Court for the Southern District of New York.

Dated: Northport, New York
February 25, 2021

Yours, etc.

BRODY, O'CONNOR & O'CONNOR, ESQS.
Attorneys for Defendant

By: *[signature]*
THOMAS M. O'CONNOR (TO 5247)
Attorneys for Defendant
7 Bayview Avenue
Northport, New York 11768
(631) 261-7778
File No.: WM 20-501 TO

TO: LUCCHESE & DAMMORA, LLP
Attorneys for Plaintiff
327 Clock Towers Commons
Brewster, New York 10509
(914) 948-8600